IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

NOV 1 2 2010

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
```

UNITED STATES OF AMERICA    *

vs.                         *    Case No.  DKC 2010-0688

FRANK P. JENKINS, II        *

                            *

******

## WAIVER OF INDICTMENT

I, _____**Frank P. Jenkins, II**_____, the above named defendant, who is accused of:

      18 U.S.C. § 1343; and 2 - Wire Fraud; and Aiding and Abetting

      18 U.S.C. § 1341; and 2 - Mail Fraud; and Aiding and Abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____**November 12, 2010**_____ (date) prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before:

_____
Judicial Officer